UNITED STATES DISTRICT COURT
FOR THE WESTSERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Petitioner | ) ) | *Filed Electronically* |
| v. | ) ) | |
| WILDFLOWERS FARM BED AND BREAKFAST | ) ) ) | **CASE NO. 5:23-cv-54-BJB-LLK** |
| Respondent | ) ) ) ) | |

## NOTICE OF SETTLEMENT

Comes the parties, Petitioner Philadelphia Indemnity Insurance Company, and Respondent Wildflowers Farm Bed and Breakfast, and hereby state the parties have reached a settlement agreement resolving the present litigation. The settlement documents are in the process of being prepared, reviewed and executed. A proposed Agreed Order of Dismissal is also forthcoming from the parties. As Respondent is not represented by counsel and may require more time to provide information necessary to settlement, the parties hereby request 45 days to provide the Agreed Order of Dismissal to the Court.

Based upon the foregoing, the parties believe the case management conference presently scheduled for September 18, 2023 is unnecessary and may be passed at the Court's discretion.

HAVE SEEN
AND AGREED:

/s/ Carolyn R. Bramwell (with permission)
*Respondent,*
*Wildflowers Farm Bed and Breakfast*

Respectfully submitted,

FREEMAN MATHIS & GARY, PLC

/s/ Barry Miller
Barry Miller
Lucas Harrison
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
(859) 410-7851
Barry.miller@fmglaw.com
lucas.harrison@fmglaw.com
**Counsel for Petitioner,**
**Philadelphia Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was electronically filed with the United States District Court, For the Western District of Kentucky, Paducah Division and served electronically and/or via U.S. mail, postage pre-paid, on the 8th day of September, 2023, upon the following:

Carolyn R. Bramwell
Wildflowers Farm Bed & Breakfast
348 New Hope Road
Calvert City, KY 42029
*Respondent*

/s/ Barry Miller
Barry Miller